# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

143989

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re APPORTIONMENT – KENT
COUNTY - 2011,

_____

MARTHA CORTES and ALBERT ABBASSE,
      Petitioners-Appellants,

v

KENT COUNTY APPORTIONMENT
COMMISSION,
      Respondent-Appellee.
_____/

SC:  143989
COA:  304697

      On order of the Court, the application for leave to appeal the August 9, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

h0118